# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | | |
|---|---|---|
| **MATTHEW KRUMTUM,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:16CV00007 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| **STEVEN B. CRAWFORD, ET AL.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendants. | ) | |

In this action removed to this court, the defendants filed certain defensive pleadings in state court prior to removal. In particular, defendants Mayberry, Bradwell, Wolfe, Esposito, and Crawford each filed Demurrers; defendant Weaver filed a Demurrer and Plea in Bar Based on Judicial Immunity; and defendant Austin filed a Special Appearance Motion to Dismiss.

The court will treat these pleadings as Motion to Dismiss under Rule 12(b) of the Federal Rules of Civil Procedure. It is **ORDERED** that the plaintiff must file a written response to each of these Motions to Dismiss within 14 days of the date of entry of this Order. The defendants may file replies to such responses within 7 days of service. If the plaintiff fails to timely file written responses, the court will proceed to consider the Motions to Dismiss and may grant them without further notice.

ENTER: March 28, 2016

/s/ James P. Jones
United States District Judge