IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| MATTHEW KRUMTUM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:16cv7 |
| | ) |
| STEVEN B. CRAWFORD, *et al.* | ) |
| | ) |
| Defendants. | ) |

## **MOTION TO DISMISS**

Defendant John S. Austin hereby move the Court to dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure upon the grounds and for the reasons stated in the accompanying memorandum in support of motion to dismiss.

John S. Austin

By Counsel

W. Bradford Stallard
VSB No. 28149
Nathaniel Dale Moore
VSB No. 84977
PENN, STUART & ESKRIDGE
P. O. Box 2288
Abingdon, Virginia  24212
Telephone:  276/628-5151
Facsimile:  276/623-1730
bstallard@pennstuart.com

By */s/ W. Bradford Stallard*
       W. Bradford Stallard

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

       /s/ W. Bradford Stallard
       W. Bradford Stallard