IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| MATTHEW KRUMTUM, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 1:16cv7 ) ) |
| STEVEN B. CRAWFORD, *et al.* | ) ) |
| Defendants. | ) |

## **MOTION TO DISMISS**

Defendant Faith Esposito hereby moves the Court to dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure upon the grounds and for the reasons stated in the accompanying memorandum in support of motion to dismiss.

                                                                Faith Esposito

                                                                 By Counsel

W. Bradford Stallard
VSB No. 28149
Nathaniel Dale Moore
VSB No. 84977
PENN, STUART & ESKRIDGE
P. O. Box 2288
Abingdon, Virginia   24212
Telephone:   276/628-5151
Facsimile:   276/623-1730
bstallard@pennstuart.com

By */s/ W. Bradford Stallard*
      W. Bradford Stallard

CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

        /s/ W. Bradford Stallard
        W. Bradford Stallard