IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| MATTHEW KRUMTUM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:16cv7 |
| | ) |
| STEVEN B. CRAWFORD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**<u>DEFENDANT FAITH ESPOSITO'S MEMORANDUM
IN SUPPORT OF MOTION TO DISMISS</u>**

Defendant Faith Esposito ("Esposito"), by counsel, submits this memorandum in support of her Motion to Dismiss the Complaint. Esposito contends that all counts against her should be dismissed for the reasons set forth in the Memorandum in Support of Motion to Dismiss filed by Defendant John Austin on this same date. Because plaintiff has failed to alleged in specific act or omission on the part of Esposito, Esposito contends that he has failed to sufficiently state claims for malicious prosecution, false imprisonment, intentional infliction of emotional distress, violation of constitutional rights and civil conspiracy pursuant to § 1983, or defamation against Esposito. Furthermore, Esposito contends that plaintiff's defamation claim is barred by the statute of limitations as discussed in Austin's Memorandum.

WHEREFORE, Defendant Faith Esposito moves the Court to dismiss all counts set forth in the Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

FAITH ESPOSITO

By Counsel

W. Bradford Stallard
VSB No. 28149
Nathaniel Dale Moore
VSB No. 84977
PENN, STUART & ESKRIDGE
P. O. Box 2288
Abingdon, Virginia   24212
Telephone:   276/628-5151
Facsimile:   276/623-1730
bstallard@pennstuart.com

By */s/ W. Bradford Stallard*
     W. Bradford Stallard

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                */s/ W. Bradford Stallard*
                   W. Bradford Stallard