# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **MATTHEW KRUMTUM,** ) | |
| ) | |
| Plaintiff, ) | Case No. 1:16CV00007 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ) | |
| **STEVEN B. CRAWFORD, ET AL.,** ) | By: James P. Jones |
| ) | United States District Judge |
| Defendants. ) | |

Defendants Crawford, Esposito, and Austin have filed motions to dismiss. It is **ORDERED** that the plaintiff must file a written response to each of these motions to dismiss no later than April 14, 2016. The defendants may file replies to such responses within 7 days of service. If the plaintiff fails to timely file written responses, the court will proceed to consider the motions to dismiss and may grant them without further notice.

ENTER: March 29, 2016

/s/ James P. Jones
United States District Judge