# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **MATTHEW G. KRUMTUM,** | ) |
| Plaintiff, | ) Case No. 1:16CV00007 |
| v. | ) **FINAL ORDER** |
| **STEVEN B. CRAWFORD, ET AL.,** | ) By: James P. Jones |
| | ) United States District Judge |
| Defendants. | ) |

For the reasons stated in the Opinion and Order accompanying this Final Order, it is **ORDERED** that the plaintiff's Complaint is DISMISSED as to all causes of action and defendants.

The Clerk shall close the case.

ENTER: August 24, 2016

/s/ James P. Jones
United States District Judge